**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6816**

---

ROBERT BIGGS,

 Plaintiff - Appellant,

 versus

NURSE CARTWRIGHT; MR. WEEKS,

 Defendants - Appellees,

 and

WILLIAM C. MEADOWS; SUPERINTENDENT BARNES,

 Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-93-17-BR)

---

Submitted: September 10, 1996     Decided: September 24, 1996

---

Before ERVIN and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Biggs, Appellant Pro Se. James Peeler Smith, Assistant Attorney General, David L. Woodard, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Biggs v. Cartwright</u>, No. CA-93-17-BR (E.D.N.C. May 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3